UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

---

CHELSEA IVERSON,

        Plaintiff,

        v.

SKOGEN'S FOODLINER, INC.
d/b/a FESTIVAL FOODS

        Defendant

Case No. 20-cv-13

---

## PLAINTIFF'S DISCLOSURE STATEMENT PURSUANT TO CIVIL LOCAL RULE 7.1

---

The undersigned, counsel of record for Plaintiff, Chelsea Iverson, furnishes the following list in compliance with Civil L. R. 7.1 and Fed. R. Civ. P. 7.1:

1. Chelsea Iverson

2. Not applicable

3. Walcheske & Luzi, LLC

Dated this 4th day of January, 2020

                                        WALCHESKE & LUZI, LLC
                                        Counsel for Plaintiff

                                        s/ ***Scott S. Luzi***
                                        Scott S. Luzi, State Bar No. 1067405

WALCHESKE & LUZI, LLC
15850 W. Bluemound Rd., Suite 304
Brookfield, Wisconsin 53005
Phone: (262) 780-1953
Fax: (262) 565-6469
sluzi@walcheskeluzi.com