UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

CHELSEA IVERSON,

    Plaintiff,

vs.                                         Case No. 20-cv-13

SKOGEN'S FOODLINER, INC.
d/b/a FESTIVAL FOODS,

    Defendant.

## DEFENDANT SKOGEN'S FOODLINER, INC.'S
## DISCLOSURE STATEMENT

The undersigned, on behalf of Littler Mendelson, P.C., counsel of record for Defendant, Skogen's Foodliner, Inc., furnishes the following disclosure in compliance with Civil L.R. 7.1 and Fed. R. Civ. P. 7.1:

1. Littler Mendelson, P.C. represents Defendant in the above-captioned action.

2. No parent corporation or publicly held corporation owns 10% or more of Skogen's Foodliner, Inc.'s stock.

3. Littler Mendelson, P.C. is the only law firm whose attorneys are expected to appear on behalf of Defendant in this action.

Respectfully submitted this 6th day of March, 2020.

                                            SKOGEN'S FOODLINER, INC. d/b/a FESTIVAL FOODS

                                            By:   /s Sofija Anderson
                                                    One of Its Attorneys
                                                    Sofija Anderson (SBN 1041498)
                                                    Matthew Kurlinski (SBN 1069651)
                                                    LITTLER MENDELSON, P.C.
                                                    111 East Kilbourn Avenue, Suite 1000
                                                    Milwaukee, Wisconsin 53202
                                                    Telephone: 414.291.5536
                                                    Facsimile: 414.291.5526
                                                    E-mail: sanderson@littler.com
                                                    E-mail: mkurlinski@littler.com